Hillary R. McCormack, USB No. 11719
Katelyn M. Krabbenhoft, USB No. 18164
HALLIDAY, WATKINS & MANN, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  801-355-2886
Fax:  801-328-9714
Email:  ecfmail@hwmlawfirm.com

Attorneys for Pacific RBLF Funding Trust
File No:  UT22620

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Case No. 23-25871 JTM |
|---|---|
| KENNETH TRUMAN THOMSON *aka* KENNY THOMSON,<br><br>Debtor. | Chapter 7<br><br>**NOTICE OF MOTION TO TERMINATE THE AUTOMATIC STAY, NOTICE OF OPPORTUNITY FOR HEARING AND MAILING CERTIFICATE**<br><br>Objection Deadline:  2/26/2024<br>Hearing Date:  3/13/2024 |

**PLEASE TAKE NOTICE** that Pacific RBLF Funding Trust has filed with the United States Bankruptcy Court for the District of Utah a Motion to Terminate the Automatic Stay.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

Pacific RBLF Funding Trust has moved the court pursuant to 11 U.S.C. § 362(d) for an Order Granting Motion to Terminate the Automatic Stay as to the debtor and real property located

at 27 Colonial Avenue, Layton, UT 84041 so that it may exercise its rights and remedies under applicable law.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion to Terminate the Automatic Stay then:

1. On or before February 26, 2024, you or your attorney must file with the bankruptcy court a written objection to the Motion to Terminate the Automatic Stay explaining your position at: United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, UT 84101. If you mail your objection to the bankruptcy court for filing, you must mail it early enough so that the Court will receive it by the objection deadline. You must also mail or serve a copy of your objection to the following:

>Halliday, Watkins & Mann, P.C.
>376 East 400 South, Suite 300
>Salt Lake City, UT 84111
>    Attorneys for Creditor
>
>Ellen Ostrow
>95 S. State St., Suite 2500
>Salt Lake City, UT 84111
>    Chapter 7 Trustee

2. Attend the hearing on the Motion to Terminate the Automatic Stay which is set before a Judge of the above-entitled Court on March 13, 2024, at 9:00 am. The hearing, if held, will be a Zoom video meeting. Parties who wish to participate in the hearing should consult the

bankruptcy court's website at https://www.utb.uscourts.gov/preparing-participate-zoomgov-video-hearing for the most up-to-date information regarding video participation at a hearing. At the time of this notice, parties wishing to participate in hearings held should join via Zoom or call into the number below at least 10 minutes before the scheduled date and time for the hearing:

      Telephone Number: (669) 254-5252
      Access Code: Chief Judge Marker (JTM)
          Meeting ID: 16154788875    Passcode: 3834658

If you or your attorney do not take these steps, the bankruptcy court may decide that you do not oppose the relief sought in the Motion to Terminate the Automatic Stay and may enter an order granting that relief. In the absence of a timely objection, the undersigned counsel may and will ask the court to strike the hearing and enter an order approving the Motion to Terminate the Automatic Stay without hearing. If you intend to call witnesses or make a presentation of facts or law at this hearing that will extend beyond five minutes, please inform Halliday, Watkins & Mann, P.C., at once at 801-355-2886 so that, in the event time for such presentation is inadequate, the hearing may be rescheduled on a date when there will be sufficient time on the court's calendar.

**In the absence of a timely response/objection, the relief sought in the Pleading may be granted without a hearing under 11 U.S.C. § 102(1) and Local Rules 4001, 9013-2 and 9073.**

Be further advised that the debtor and Creditor may, without further notice or hearing, settle between themselves the issue raised by Creditor's motion pursuant to stipulation which allows the debtor to cure his post-petition arrearage and grants relief from the automatic stay to the Creditor in the event the debtor fails to comply with the terms of the stipulation.

DATED February 7, 2024.

                              HALLIDAY, WATKINS & MANN, P.C.

                              /s/ Hillary R. McCormack
                              Hillary R. McCormack
                              Attorneys for Pacific RBLF Funding Trust

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that on February 7, 2024, I electronically filed the foregoing Motion to Terminate the Automatic Stay and Notice of Hearing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

    Mark C. Rose
    Via ECF
    Debtor's Attorney

    Ellen Ostrow
    Via ECF
    Chapter 7 Trustee

    United States Trustee
    Via ECF

                                By: /s/ Hillary R. McCormack
                                    Hillary R. McCormack
                                    Attorney for Creditor

CERTIFICATE OF SERVICE – MAIL, OTHER

I certify that on February 7, 2024, I caused to be served a true and correct copy of the foregoing Motion to Terminate the Automatic Stay and Notice of Hearing as follows:

Mail Service – by regular first class United States mail, postage full pre-paid, addressed to

>Kenneth Truman Thomson
>693 South Rockwood Drive
>North Salt Lake, UT 84054
>　　　Debtor

>　　　　　　　　By: /s/ Hillary R. McCormack
>　　　　　　　　Hillary R. McCormack
>　　　　　　　　Attorney for Creditor