Ellen E. Ostrow, Trustee (#14743)
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, Utah 84111
Email: eostrow@foley.com
Telephone: 801.401.8900

# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In re:<br><br>KENNETH TRUMAN THOMSON,<br><br>Debtor. | Bankruptcy Case 23-25871 JTM<br>(Chapter 7)<br><br>Judge Joel T. Marker |
|---|---|

## STIPULATED MOTION TO EXTEND TRUSTEE'S DEADLINE TO OBJECT TO DEBTOR'S EXEMPTIONS

Pursuant to 11 U.S.C. § 105, Rules 4003 and 9006 of the Federal Rules of Bankruptcy Procedure, and the Local Rules of Practice, Ellen E. Ostrow, in her capacity as the Chapter 7 Trustee, (the "*Trustee*") and Kenneth Truman Thomson (the "*Debtor*") hereby stipulate and jointly move the Court for an order extending the Trustee's deadline to object to the Debtor's exemptions under Rule 4003 of the Federal Rules of Bankruptcy Procedure. The Trustee's present deadline under Rule 4003 is March 7, 2024. The parties stipulate and request that Trustee's deadline under Rule 4003 be extended to April 4, 2024.

The parties have discussed the Debtor's claimed exemptions, and the Debtor has provided additional documentation to the Trustee relevant to the exemptions claimed. The Trustee is reviewing the information and documents provided, and the additional time requested will allow the Trustee to continue her analysis of the exemptions claimed.

The Trustee understands that the Debtor will be filing amended exemptions and reserves all rights to object to the same within the time set forth in Rule 4003(b)(1).

Based on the foregoing, the parties jointly move the Court for an order extending the Trustee's deadline to object to the Debtor's exemptions to April 4, 2024.

DATED this 7th day of March, 2024.

**FOLEY & LARDNER LLP**

*/s/ Ellen E. Ostrow*
Ellen E. Ostrow (#14743)
eostrow@foley.com
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900
*Attorneys for Trustee Ellen E. Ostrow*

DATED this 7th day of March, 2024.

**McKAY, BURTON & THURMAN**

*/s/ Mark C. Rose*
Mark C. Rose, #3855
McKAY, BURTON & THURMAN
15 West South Temple, Suite 1000
Salt Lake City, UT 84101
Telephone: (801) 521-4135
E-mail: mrose@mbt-law.com
*Attorneys for Debtor Kenneth Truman Thomson*

**CERTIFICATE OF SERVICE - BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

   I hereby certify that on March 7, 2024, I electronically filed the foregoing **STIPULATED MOTION TO EXTEND TRUSTEE'S DEADLINE TO OBJECT TO DEBTOR'S EXEMPTIONS** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- **Darwin H. Bingham** dbingham@scalleyreading.net, cat@scalleyreading.net
- **John S. Gygi** john.gygi@sba.gov
- **Hillary R. McCormack** hillarym@hwmlawfirm.com, ecfmaildistgroup@lundbergfirm.com
- **Ellen Ostrow Tr** eostrow@foley.com, acardenas@foley.com;UT33@ecfcbis.com;eostrow@foley.com
- **Mark C. Rose** mrose@mbt-law.com, markcroselegal@gmail.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov


         */s/ Alvaro Cardenas*
         Alvaro Cardenas