**This order is SIGNED.**

**Dated: March 7, 2024**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

*Order Prepared and Submitted By:*
Ellen E. Ostrow, Trustee (#14743)
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, Utah 84111
Email: eostrow@foley.com
Telephone: 801.401.8900

## THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>KENNETH TRUMAN THOMSON,<br><br>Debtors. | Bankruptcy Case 23-25871 JTM<br>(Chapter 7)<br><br>Judge Joel T. Marker |

### ORDER GRANTING STIPULATED MOTION TO EXTEND TRUSTEE'S DEADLINE TO OBJECT TO DEBTOR'S EXEMPTIONS

The matter before the Court is the *Stipulated Motion to Extend Trustee's Deadline to Object to Debtor's Exemptions* [ECF No. 14] (the "*Stipulation*"), which was jointly filed by Ellen E. Ostrow, in her capacity as the Chapter 7 Trustee, (the "*Trustee*") and Kenneth Truman Thomson (the "*Debtor*"). The Stipulation seeks an order extending the Trustee's deadline to object to Debtor's exemptions under Rule 4003 of the Federal Rules of Bankruptcy Procedure.

Having reviewed the Stipulation, notice being proper, and good cause appearing, it is hereby **ORDERED** as follows:

4885-8023-7995.2

1. The Stipulation [ECF No. 14] is **GRANTED**;

2. Trustee's deadline to object to Debtors' exemptions is extended to April 4, 2024.

---------------------------------------**END OF ORDER**---------------------------------------

**AGREED AS TO FORM AND CONTENT BY:**

**McKAY, BURTON & THURMAN**


*/s/ Mark C. Rose*
Mark C. Rose, #3855
*Attorneys for Debtor Kenneth Truman Thomson*
*To be endorsed electronically via CM-ECF.

4885-8023-7995.2

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING STIPULATED MOTION TO EXTEND TRUSTEE'S DEADLINE TO OBJECT TO DEBTOR'S EXEMPTIONS** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Darwin H. Bingham**   dbingham@scalleyreading.net, cat@scalleyreading.net
- **John S. Gygi**   john.gygi@sba.gov
- **Hillary R. McCormack**   hillarym@hwmlawfirm.com, ecfmaildistgroup@lundbergfirm.com
- **Ellen Ostrow Tr**   eostrow@foley.com, acardenas@foley.com;UT33@ecfcbis.com;eostrow@foley.com
- **Mark C. Rose**   mrose@mbt-law.com, markcroselegal@gmail.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov


*/s/ Alvaro Cardenas*_____
Alvaro Cardenas