Hillary R. McCormack, USB No. 11719
Katelyn M. Krabbenhoft, USB No. 18164
HALLIDAY, WATKINS & MANN, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: ecfmail@hwmlawfirm.com

Attorneys for Pacific RBLF Funding Trust
File No: UT22620

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re: | Bankruptcy Case No. 23-25871 JTM |
|---|---|
| KENNETH TRUMAN THOMSON *aka* KENNY THOMSON, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO TERMINATE THE AUTOMATIC STAY AS TO PACIFIC RBLF FUNDING TRUST** |

Pacific RBLF Funding Trust ("Creditor") filed a Motion to Terminate the Automatic Stay. Notice was proper. No objections were filed. Based on the pleadings and for good cause appearing, the Court hereby ORDERS:

1.  That the automatic stay is terminated as to the debtor and the following described real property:

> Beginning at the Southwest corner of Lot 9, Block 2, SKYLINE SUBDIVISION, a subdivision of part of Section 21, Township 4 North, Range 1 West, Salt Lake Meridian, in the City of Layton, according to the Official Plat thereof and running thence East 61.47 feet; thence Northeasterly 126.82 feet along the arc of a 202.0 foot radius curve to the right along the Westerly line of a street; thence Northerly 38.30 feet along the arc of a 16.0 foot radius curve to the left along said street to the South line of another street; thence West long the South line of said street to the Northwest corner of said Lot 9, thence South 10° West 142.15 feet along the West line of said Lot to the point of beginning;
>
> Commonly known as 27 Colonial Avenue, Layton, UT 84041.

2.  Creditor, and/or its successors and assigns, is permitted to proceed, pursuant to applicable non-bankruptcy law, to immediately exercise all of its legal remedies and rights, including any right of assessment of reasonable fees and costs as provided by contract or statute, against the debtor and the above-described property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

3.  Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

## **DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Ellen Ostrow Tr
Chapter 7 Trustee
eostrow@foley.com

Mark C. Rose
Debtor's Attorney
mrose@mbt-law.com

United States Trustee
USTPRegion19.SK.ECF@usdoj.gov

Hillary R. McCormack
HALLIDAY, WATKINS & MANN, P.C.
Secured Party's Attorney
hillarym@hwmlawfirm.com

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Kenneth Truman Thomson
693 South Rockwood Drive
North Salt Lake, UT 84054

                         /s/ Hillary R. McCormack
                         Hillary R. McCormack
                         Attorney for Creditor