This order is SIGNED.

Dated: March 12, 2024

JOEL T. MARKER
U.S. Bankruptcy Judge



---

Hillary R. McCormack, USB No. 11719
Katelyn M. Krabbenhoft, USB No. 18164
HALLIDAY, WATKINS & MANN, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: ecfmail@hwmlawfirm.com

Attorneys for Pacific RBLF Funding Trust
File No: UT22620

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re:<br><br>KENNETH TRUMAN THOMSON *aka* KENNY THOMSON,<br><br>Debtor. | Bankruptcy Case No. 23-25871 JTM<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO TERMINATE THE AUTOMATIC STAY AS TO PACIFIC RBLF FUNDING TRUST** |
|---|---|

Pacific RBLF Funding Trust ("Creditor") filed a Motion to Terminate the Automatic Stay. Notice was proper. No objections were filed. Based on the pleadings and for good cause appearing, the Court hereby ORDERS:

- 1 -

1. That the automatic stay is terminated as to the debtor and the following described real property:

> Beginning at the Southwest corner of Lot 9, Block 2, SKYLINE SUBDIVISION, a subdivision of part of Section 21, Township 4 North, Range 1 West, Salt Lake Meridian, in the City of Layton, according to the Official Plat thereof and running thence East 61.47 feet; thence Northeasterly 126.82 feet along the arc of a 202.0 foot radius curve to the right along the Westerly line of a street; thence Northerly 38.30 feet along the arc of a 16.0 foot radius curve to the left along said street to the South line of another street; thence West long the South line of said street to the Northwest corner of said Lot 9, thence South 10° West 142.15 feet along the West line of said Lot to the point of beginning;
>
> Commonly known as 27 Colonial Avenue, Layton, UT 84041.

2. Creditor, and/or its successors and assigns, is permitted to proceed, pursuant to applicable non-bankruptcy law, to immediately exercise all of its legal remedies and rights, including any right of assessment of reasonable fees and costs as provided by contract or statute, against the debtor and the above-described property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

3. Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Ellen Ostrow Tr
Chapter 7 Trustee
eostrow@foley.com

Mark C. Rose
Debtor's Attorney
mrose@mbt-law.com

United States Trustee
USTPRegion19.SK.ECF@usdoj.gov

Hillary R. McCormack
HALLIDAY, WATKINS & MANN, P.C.
Secured Party's Attorney
hillarym@hwmlawfirm.com

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Kenneth Truman Thomson
693 South Rockwood Drive
North Salt Lake, UT 84054

　/s/ Hillary R. McCormack
Hillary R. McCormack
Attorney for Creditor

United States Bankruptcy Court

District of Utah

In re: Case No. 23-25871-JTM
Kenneth Truman Thomson Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: admin      Page 1 of 2
Date Rcvd: Mar 12, 2024      Form ID: pdfor1      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Kenneth Truman Thomson, 693 South Rockwood Drive, North Salt Lake, UT 84054-3354

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:

**Name**      **Email Address**

Darwin H. Bingham
     on behalf of Creditor Jeff Honer dbingham@scalleyreading.net cat@scalleyreading.net

Ellen Ostrow Tr
     eostrow@foley.com acardenas@foley.com;UT33@ecfcbis.com;eostrow@foley.com

Ellen Ostrow Tr
     on behalf of Trustee Ellen Ostrow Tr eostrow@foley.com acardenas@foley.com;UT33@ecfcbis.com;eostrow@foley.com

Hillary R. McCormack
     on behalf of Creditor Pacific RBLF Funding Trust hillarym@hwmlawfirm.com ecfmaildistgroup@lundbergfirm.com

John S. Gygi
     on behalf of Creditor Small Business Administration john.gygi@sba.gov

Mark C. Rose
     on behalf of Debtor Kenneth Truman Thomson mrose@mbt-law.com markcroselegal@gmail.com

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2024 | Form ID: pdfor1 | Total Noticed: 1 |

United States Trustee
    USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 7